Argued before SEDGWICK, C. J., and FREEDMAN and INGRAHAM, JJ.
*Davies & Rapallo*, for appellants.  *James B. Ludlow*, for respondent.

PER CURIAM.  The judgment should be affirmed, with costs.

---

THAIN, Respondent, *v.* JONES, Appellant.

*(Superior Court of New York City, General Term.  March 2, 1891.)*

Appeal from special term.

Action by Alexander Thain against Charles Jones.  From an order directing a reference on the ground that the case involves the examination of a long account, defendant appeals.

Argued before SEDGWICK, C. J., and DUGRO, J.

*John M. Tierney*, for appellant.  *Alexander Thain, in pro. per.*

PER CURIAM.  Order affirmed, with $10 costs.

---

STONE, Respondent, *v.* DEVLIN, Appellant.

*(Superior Court of New York City, General Term.  March 2, 1891.)*

Appeal from special term.

Action by Fred Stone against John Devlin.  From a judgment in plaintiff's favor, and from an order denying his motion for a new trial, defendant appeals.

Argued before TRUAX and DUGRO, JJ.

*Horace Graves*, for appellant.  *Sandford H. Steele*, for respondent.

DUGRO, J.  This is an appeal from a judgment entered upon the verdict of a jury, and an order denying a motion for a new trial upon the minutes. When the plaintiff rested his case there was evidence from which the jury could properly conclude that the materials in suit were sold and delivered to the defendant, and that he was justly indebted to the plaintiff for the amount of the verdict.  The plaintiff's case did not show that Rutherford was defendant's partner.  The charge presented the question at issue fully and fairly, and was subject to no valid exception.  The judgment and order should be affirmed.

---

BENSON, Respondent, *v.* MANHATTAN RY. CO. *et al.*, Appellants.

*(Superior Court of New York City, General Term.  March 2, 1891.)*

Appeal from equity term.

Action by Diedrich J. Benson against the Manhattan Railway Company and another.  From a judgment for plaintiff, defendants appeal.

Argued before TRUAX and DUGRO, JJ.

*Davies & Rapallo*, for appellants.  *Leo C. Dessar*, for respondent.

PER CURIAM.  Judgment reversed, and new trial ordered, with costs to the appellants to abide the event, for the reasons assigned by this court in *Cunningham* v. *Same Defendants*, *ante*, 622, (decided at this general term.)

---

SALOMON, Respondent, *v.* MANHATTAN RY. CO. *et al.*, Appellants.

*(Superior Court of New York City, General Term.  March 2, 1891.)*

Appeal from equity term.

Action by Abraham Salomon against the Manhattan Railway Company and another.  From a judgment for plaintiff, defendants appeal.